# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMERCIAL UNION INSURANCE COMPANY, n/k/a ONEBEACON AMERICA INSURANCE COMPANY, and AMERICAN EMPLOYERS INSURANCE COMPANY, by its transferee, PENNSYLVANIA GENERAL INSURANCE COMPANY, <br><br> Plaintiffs <br><br> v. <br><br> RENAISSANCE ESTATES, L.P.; RENAISSANCE MANAGEMENT, INC.; and RENAISSANCE CONSTRUCTION CO., <br><br> Defendants. | DOCKET NO.: 3:10–CV–03456–JAP –DEA <br><br> Civil Action |

## ORDER

AND NOW this _16th_ day of _November_, 2010, upon consideration of the Motion for Entry of Judgment by Default filed by Plaintiffs Commercial Union Insurance Company, n/k/a OneBeacon America Insurance Company, and American Employers Insurance Company ("OneBeacon"), and _no_ response thereto _having been filed_, and for good cause shown, it is hereby ORDERED that OneBeacon's Motion is GRANTED.  It is further ORDERED that judgment is entered in favor of OneBeacon and against Defendants Renaissance Estates, L.P., Renaissance Management, Inc., or Renaissance Construction Company ("the Renaissance Defendants") declaring that OneBeacon has no duty to defend or indemnify the Renaissance Defendants in connection with the civil action filed against them by Intervening Party Renaissance Condominium Association, captioned <u>Renaissance Condominium Association, Inc. v. Renaissance Estates, L.P., et al.</u>, pending in the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-1152-05.

_____
Douglas E. Arpert, U.S.M.J.